UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES DARRIS**                                                                   **PLAINTIFF**

**V.**                       **NO. 3:20-CV-00042-BSM-JTR**

**ANDREW SAUL, Commissioner**
**of Social Security Administration**                              **DEFENDANT**

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Time to file an appellate brief.

IT IS HEREBY ORDERED that Plaintiff's Motion (*doc. 9*) is GRANTED. The Court's Scheduling Order (*doc. 8*) is modified to provide that Plaintiff's appeal brief is due July 1, 2020. Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

Dated this 3rd day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE