IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES DARRIS**                                                                          **PLAINTIFF**

v.                              CASE NO. 3:20-CV-00042-BSM

**ANDREW SAUL,**                                                                        **DEFENDANT**
**Commissioner of Social Security Administration**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 13] is adopted. Accordingly, the Commissioner's decision is reversed and remanded for further review.

IT IS SO ORDERED this 9th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE