IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES DARRIS**  **PLAINTIFF**

v.   CASE NO. 3:20-CV-00042-BSM

**ANDREW SAUL,**  **DEFENDANT**
**Commissioner of Social Security Administration**

## JUDGMENT

Consistent with the order entered on this day, this case is remanded for further review.

IT IS SO ORDERED this 9th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE