IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES DARRIS**                                                                                           **PLAINTIFF**

v.                                         CASE NO. 3:20-CV-00042-BSM

**ANDREW SAUL,**                                                                                         **DEFENDANT**
**Commissioner of Social Security Administration**

## ORDER

James Darris's motion for attorney's fees and other expenses in the amount of $2,959.87 [Doc. No. 16] is granted, and payment shall be made to Darris. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (fees award pursuant to section 2412 is payable to claimant rather than attorney).

IT IS SO ORDERED this 18th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE